IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 MAR -5  PM 2:29

CLERK'S OFFICE
AT GREENBELT

BY ___SHP___ DEPUTY

| | |
|---|---|
| BOILING POINT, LLC, a Maryland limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> THE NATION, LLC, a Delaware limited liability company, and ANDRE BENZ, an individual, <br><br> Defendants. | Case No. ___8:18-cv-00649-TDC___ |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** defendants The Nation, LLC ("Nation") and Andre W. Benz (collectively, "Defendants"), by and through their undersigned attorney, Nigel L. Wilkinson, hereby file this Notice of Removal of this action from the Circuit Court for Montgomery County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, Southern Division pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Notice of Removal, Defendants state as follows:

I.  **PROCEDURAL BACKGROUND**

1.  On October 13, 2017, plaintiff Boiling Point, LLC ("Plaintiff") filed a complaint against Defendants, asserting claims of breach of contract, breach of the implied covenant of good faith and fair dealing, and promissory estoppel (the "Complaint"), in the Circuit Court for Montgomery County, Maryland, Case No. 438934-V (the "State Court Action"). A summons was issued on October 17, 2017.

-2-

2. Plaintiff failed to timely serve process on either of the Defendants. Plaintiff eventually personally served the summons and complaint on Nation's designated agent for service of process on January 31, 2018. Mr. Benz was not personally served with process until February 7, 2018.

3. According to the summons, Defendants are required to answer or respond to Plaintiff's Complaint on or before the expiration of sixty (60) days following service, or April 1, 2018.

4. True and correct copies of the process, pleadings, documents, and orders that have been served upon Defendants are attached hereto as **Exhibit A** and incorporated herein by reference. Defendants will file the additional materials required by Local Civil Rule 103.5 within thirty (30) days.

## II. DIVERSITY OF CITIZENSHIP

5. As set forth below and in the accompanying declaration of Andre W. Benz, complete diversity exists between Plaintiff and each of the Defendants.

6. The citizenship for a limited liability company for purposes of diversity jurisdiction turns on the citizenship of all of its members. *Cent. W. Va. Energy Co. v. Mt. State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011).

7. On information and belief, Plaintiff is a limited liability company registered in the State of Maryland, and lists its corporate offices at 8561 Fenton St., Suite 225, Silver Spring, Maryland 20910. *See* Exhibit A. On information and belief, Plaintiff has only two members, neither of whom is a citizen of California. The first member, Mr. Hanjoon Kim, is a citizen of either the State of New York or the State of Maryland. The second member, Mr. Mike Mowery,

is a citizen of the State of Maryland. Accordingly, Plaintiff is a citizen of both the State of New York and the State of Maryland for purposes of diversity jurisdiction.

8. At the time of the commencement of this lawsuit, and since that time, defendant Andre W. Benz has been domiciled in California. Mr. Benz partially resides in Los Angeles, California, pays state income tax in California, has a California identification card, and maintains most of his significant personal property in California. Further, Mr. Benz's regular physicians and dentist are located in California. *See* **Exhibit B**, Declaration of Andre W. Benz ("Benz Decl.") ¶¶ 3-10. Accordingly, Mr. Benz is a citizen of the State of California for purposes of diversity jurisdiction. *See Dryer v. Robinson*, 853 F. Supp. 169, 172 (D. Md. 1994).

9. Defendant The Nation, LLC ("Nation") is a Delaware limited liability company, with its principal place of business in Los Angeles, California. Benz Decl. ¶ 2. Nation's sole member is Mr. Benz. *Id.* As explained above, Mr. Benz is a citizen of the State of California for purposes of diversity jurisdiction. Accordingly, Nation also is a citizen of the State of California for purposes of diversity jurisdiction.

10. Because Plaintiff is, on information and belief, a citizen of Maryland and New York for purposes of diversity jurisdiction and Defendants are both citizens of California for purposes of diversity jurisdiction, complete diversity exists among the parties.

### III. AMOUNT IN CONTROVERSY

11. Plaintiff's complaint demands damages in excess of $75,000 from Defendants. *See* Exhibit A.

12. Thus, the amount in controversy sought by Plaintiff exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

## IV. REMOVAL REQUIREMENTS

13. A copy of this Notice of Removal is being filed with the Clerk of the Court in the State Court Action, as provided by law, and written notice of such is being sent to Plaintiff's counsel.

14. Plaintiff personally served Nation's designated agent for service of process with a copy of the Complaint on January 31, 2018, and service was accepted on February 1, 2018. Plaintiff personally served Mr. Benz on February 7, 2018. Accordingly, this Notice of Removal is timely filed within thirty (30) days of service of the Complaint pursuant to 28 U.S.C. § 1446(b).[1]

15. Removal to this venue is proper pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the District of Maryland, Southern Division, embraces the place where the State Court Action is pending.

16. If any question arises as to the propriety of the removal of this Action, Defendants respectfully request the opportunity to present a brief and oral argument in support of their position that this case is removable.

WHEREFORE, Defendants respectfully request that this action be removed to the United States District Court for the District of Maryland, Southern Division; and that no further proceedings be had in the said Circuit Court for Montgomery County, Maryland.

---

[1] Defendants intended to file this Notice of Removal on Friday, March 2, 2018. But the Court was closed that day due to inclement weather. In accordance with Fed. R. Civ. P. 6(a)(3), Defendants make this filing the first accessible day that is not a Saturday, Sunday, or legal holiday.

Respectfully submitted,

Dated: March 5, 2018

By: /s/

Emil Petrossian (CA Bar No. 264222)
(*Pro Hac Vice* Application Forthcoming)
Michael Nordon (CA Bar No. 317078)
(*Pro Hac Vice* Application Forthcoming)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
epetrossian@manatt.com

- Nigel L. Wilkinson (Fed. Bar No. 28075)
  MANATT, PHELPS & PHILLIPS, LLP
  1050 Connecticut Avenue, N.W.
  Suite 600
  Telephone: (202) 585-6500
  Facsimile: (202) 585-6600
  nwilkinson@manatt.com

*Attorneys for Defendants*
THE NATION, LLC, AND ANDRE W. BENZ

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of March, 2018, I caused the foregoing Notice of Removal to be served via electronic and First Class Mail, postage prepaid, upon the following:

>Jonathan B. Nace, Esq.
>Nace & Nace, PLLC
>5335 Wisconsin Ave., N.W.
>Suite 440
>Washington, DC  20015
>
>*Attorneys for Plaintiff*
>BOILING POINT, LLC

Nigel L. Wilkinson

319918971.1